PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 03 2014

SEAN F. McAVOY, CLERK
                    DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Pedro Joel Correa Maldonado        Case Number: 0980 2:01CR02154-EFS-1

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea

Date of Original Sentence: November 6, 2002        Type of Supervision: Probation

Original Offense: Ct. 2: Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)        Date Supervision Commenced: October 15, 2010

Ct. 3: Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 120 M; TSR - 60 M        Date Supervision Expires: October 14, 2015

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    The defendant shall participate in a mental health program for evaluation and/ or treatment, as directed by the U.S. Probation Officer.  I shall remain in treatment until satisfactory discharged by the program personnel and with the approval of the U.S. Probation Officer.

## CAUSE

Mr. Maldonado-Correa has been supervised by the District of Puerto Rico since the onset of his supervised release term commencing on October 15, 2010.  The following is a synopsis of the defendant's compliance and the request to modify conditions of supervised release by the U.S. probation officer from the District of Puerto Rico.

Mr. Maldonado-Correa was involved in a domestic violence dispute, which did not legally proceed, since the local authorities did not believe the alleged victim, which is his former consensual partner.  During the investigation of the incident, the probation officer discovered that Mr. Maldonado-Correa violated the terms of his supervised release by traveling outside of the District of Puerto Rico without authorization from his U.S. probation officer, specifically, from October 29, 2011 to November 2, 2011, to New York. Furthermore, Mr. Maldonado-Correa has gone to the emergency room for alleged anxiety attacks and was prescribed with psychotropic medication, to wit, Clonopin and Bistaril.

Since his conditions of release do not include mental health evaluation and/or treatment, Mr. Maldonado-Correa signed the waiver, Prob. 49 form and has agreed to the modifications. Enclosed is the form for the Court's review. He was also placed in the Comply program (drug testing) as a precautionary measure, since the probation officer received (unverified) information that he was smoking synthetic marijuana.  The defendant was given a written reprimand regarding the aforementioned, and he accepted that he did travel to New York to see his daughter, however, denying the use of marijuana.

Prob 12B
**Re: Maldonado, Pedro Joel Correa**
**September 15, 2014**
**Page 2**

Mr. Maldonado-Correa has stable employment and had been placed in low intensity supervision, however, he is now placed on regular supervision, and the probation officer will continue to work with him accordingly.

                                    Respectfully submitted,

                              by    s/Jose Zepeda
                                    _____

                                    Jose Zepeda
                                    U.S. Probation Officer
                                    Date:  September 15, 2014

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*Edward F. Shea*
Signature of Judicial Officer

*October 3, 2014*
Date

PROB 49
(6/98)

# UNITED STATES DISTRICT COURT
## FOR THE
### District of Puerto Rico

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in a mental health program for evaluation and/ or treatment, as directed by the U.S. Probation Officer. I shall remain in treatment until satisfactory discharged by the program personnel and with the approval of the U.S. Probation Officer.**

Witness:                                              Signed: /s/

Katherine Valentin                                    Pedro J. Maldonado-Correa
U.S. Probation Officer                                Probationer/Releasee

                                                      September 8, 2014
                                                      Date